IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14-04005-01-CR-C-BCW |
| | ) | |
| JOHN A. OVERSTREET, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth, to which no objection has been filed, the plea of guilty to Count One of the Superseding Indictment filed on February 14, 2014 is now accepted. Defendant is adjudged guilty of such offense. Sentencing will be set by subsequent order of the court.

          /s/ Brian C. Wimes
          JUDGE BRIAN C. WIMES
          UNITED STATES DISTRICT COURT

Dated: January 13, 2015